UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 14-24577-CIV-KING

OWEN HARTY,

    Plaintiff,

v.

JAMAL RAHMA and SHANTOUR USA, INC.,

    Defendants.
_____/

## FINAL DECLARATORY JUDGMENT

Pursuant to Rule 58(a) of the Federal Rules of Civil Procedure, and in accordance with the reasoning set forth in the Court's May 12, 2015 Order Granting Plaintiff's Motion for Summary Judgment Against Defendant Shantour USA, Inc. (DE 12), it is hereby **ORDERED, ADJUDGED, and DECREED** that **FINAL DECLARATORY JUDGMENT** is entered in favor of Plaintiff OWEN HARTY and against Defendant SHANTOUR USA, INC. on the Complaint **(DE 1)**, and Defendant SHANTOUR USA, INC. shall remedy the barriers to access identified by the Complaint, to bring its property located at 15400 NW 7th Ave, North Miami, Florida into compliance with the Americans with Disabilities Act, 42 U.S.C. § 12181, *et. seq.*, within **one (1) year** of the date of this Order.

**IT IS FURTHER ORDERED** that all pending motions are **DENIED AS MOOT**, and the Clerk shall **CLOSE** this case. The Court reserves jurisdiction over this action to enforce the terms of this judgment and to determine the amount of attorney's fees and costs to be awarded.

**DONE AND ORDERED** in Chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, this 12th day of May, 2015.

*[signature]*
JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF FLORIDA

Cc:   All counsel of record