## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NO. 14-24577-CIV-KING/TORRES

OWEN HARTY,

      Plaintiff,

v.

JAMAL RAHMA &
SHANTOUR USA, INC.,

      Defendants.

_____/

## REFERRAL TO MAGISTRATE

Upon consideration, the undersigned United States District Judge does hereby

refer Plaintiff's Verified Application for Attorney's Fees, Costs, Expert Witness Fees and

Litigation Expenses and Memorandum of Law (Shantour USA, Inc.) **(D.E. #14)** filed July

13, 2015, in the above-styled case to the Honorable Edwin G. Torres, United States

Magistrate Judge for the Southern District of Florida, for all such judicial proceedings as

are permissible under the Magistrates' Act and the Rules of Court for the Southern

District of Florida.

      DONE AND ORDERED in chambers at the James Lawrence King Federal Justice

Building and United States Courthouse, Miami, Florida, this 31st day of July, 2015.

_____

JAMES LAWRENCE KING

UNITED STATES DISTRICT JUDGE

cc:    Magistrate Judge Edwin G. Torres
        All Counsel of Record