UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**OWEN HARTY**,

               Plaintiff,

v.                                        Case No: 1:14-cv-24577-JLK

**JAMAL RAHMA & SHANTOUR USA, INC.**

_____/

**WRIT OF GARNISHMENT**

To The United States Marshall:

      **YOU ARE COMMANDED** to summon Garnishee, 15400 NW.7th Ave, Inc.., to serve an answer to this Writ on **Philip Michael Cullen, III, Esq., 621 South Federal Highway, Suite Four, Fort Lauderdale, Florida, 33301,** within twenty (20) days after the service on the Garnishee, exclusive of the day of service and to file the original with the Clerk of this Court either before service on the attorney or immediately thereafter, stating whether the Garnishee is indebted to Defendant, Shantour USA, Inc., at the time of the answer or was indebted at the time of the service of the Writ, or at any time between such times, and in what sum and what tangible and intangible personal property of Shantour USA, Inc., the Garnishee has in it's possession or control at the time of the answer, or had at the time of service of this Writ, or at any time between such times, and whether the Garnishee knows of any other person indebted to Shantour USA, Inc., who may have any of the property of Shantour USA, Inc., in their possession or control. The amount set in Plaintiffs motion is eleven thousand, seven hundred and thirty and

00/100 ($11, 730.00) dollars together with costs in the sum of one thousand, six hundred thirty-six and 00/100 ($1,636.00) dollars interest thereon at the legal rate from the date of the Judgment, until paid.

      WITNESS my hand and seal of this Court on this  6th  day of  April  , 2016.

Steven M. Larimore
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
By: _____ L. Harris _____
Deputy Clerk