UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**OWEN HARTY,**

    Plaintiff,

v.                      Case No: 1:14-cv-24577-JLK

**JAMAL RAHMA & SHANTOUR USA, INC.,**

    Defendant.
_____/

**SATISFACTION OF JUDGMENT AGAINST SHANTOUR USA, INC.**

    KNOW ALL MEN BY THESE PRESENTS, that Owen Harty, the Plaintiff in the above styled case, does hereby acknowledge full and complete satisfaction of that certain judgment entered on the 8th day of January 2016, in the above-styled cause in favor of Plaintiff, Owen Harty, and against Defendant, Shantour USA, Inc. The Clerk of said Court is hereby authorized and directed to note the full and complete satisfaction and cancellation of said judgment of record as to Defendant, Shantour USA, Inc.

                          */s/ Philip Michael Cullen, III*
                          Thomas B. Bacon, P.A.
                          Fla. Bar No: 167853
                          621 S. Federal Highway, Ste. 4
                          Ft. Lauderdale, Fl 33301
                          Telephone: (954) 462-0600
                          Facsimile: (954) 462-1717
                          e-mail: cullen@thomasbaconlaw.com

      IN WITNESS WHEREOF, the said Buckley Window Corp., has caused these presents to be executed in its name, by its proper officers duly authorized, this ___ day of _____, 2007.

                                BUCKLEY WINDOW CORP.

                                by: _____, its

                                _____ (title)

STATE OF FLORIDA

COUNTY OF BROWARD

      I HEREBY CERTIFY that on this day, before me, an officer duly authorized in the state and county aforesaid to take acknowledgments, personally appeared _____ well known to me to be the _____ (title) of Buckley Window Corp., and that he/she acknowledged before me on this ____ day of _____, 2007, executing the foregoing Satisfaction of Judgement for the purposes stated therein. The person signing this instrument is personally known to me or produced _____ as identification and did not take an oath.

                                _____
                                Notary Public

My commission expires: